UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:  CAROL GILKEY                                    CASE NO. 18-51799
        DEBTOR                                                   CHAPTER 13

ORDER

The Court having considered the Motion of the Debtor, and being advised,

IT IS ORDERED AND ADJUDGED that the Debtor may enter into the proposed

loan modification with West Coast Capital Group, Inc. attached to the Motion for

Permission to Enter Loan Modification.

Copies to:

The creditors
Hon. Beverly Burden
United States Trustee

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, December 03, 2018**
**(tnw)**