UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:                                        )
                                              )
CAROL DENISE GILKEY                           )        CASE NO.  18-51799
                                              )        CHAPTER 13
                        DEBTOR                )
_____)

## OBJECTION TO CONFIRMATION

Comes now Farm Credit Mid-America, ACA  (hereinafter referred to as "Farm Credit"), a secured creditor, by its undersigned counsel, and hereby objects to the Debtor's Chapter 13 Plan to the extent that it fails to provide for the curing of Farm Credit's pre-petition arrearage in the amount of $1,505.60.  Said amount represents attorneys fees which were incurred by Farm Credit during the pendency of the foreclosure action filed in Fayette Circuit Court.

**WHEREFORE**, Farm Credit respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan as proposed, until such time as it is modified to provide for the payment of Farm Credit's pre-petition arrearage for attorneys fees in the amount of $1,505.60.

Respectfully submitted,

/s/ Lisa Koch Bryant
Lisa Koch Bryant
Tilford Dobbins & Schmidt, PLLC
401 West Main Street, Suite 1400
Louisville, Kentucky  40202
(502) 584-1000
COUNSEL FOR FARM CREDIT
MID-AMERICA, ACA

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was this 12th day of December, 2018, served by electronic mail or regular mail upon the following:

Ryan R. Atkinson
1608 Harrodsburg Road
Lexington, Kentucky  40504

Beverly M. Burden, Trustee
PO Box 2204
Lexington, Kentucky  40588

U.S. Trustee
100 E. Vine St. #500
Lexington, Kentucky  40507

/s/ Lisa Koch Bryant
Lisa Koch Bryant