UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:                                       )
                                             )
CAROL DENISE GILKEY                          )        CASE NO.  18-51799
                                             )        CHAPTER 13
                        DEBTOR               )
_____)

## AGREED ORDER

By agreement of the Debtor, by her undersigned counsel, and the secured creditor, Farm Credit Mid-America, ACA ("Farm Credit"), by its undersigned counsel, and the Court being otherwise sufficiently advised,

IT IS HEREBY AGREED, ORDERED AND ADJUDGED as follows:

1.      That Farm Credit's pre-petition attorneys fees in the amount of $1,505.60 (incurred in connection with the Fayette Circuit Court foreclosure action, Case No: 18-CI-01074) shall be paid through the Chapter 13 Trustee's office as a prepetition arrearage claim.

2.      That Farm Credit's Objection to Confirmation (Doc. #22) is hereby withdrawn.

Have seen and Agreed:

/s/ Lisa Koch Bryant                         /s/ Ryan R. Atkinson (by email permission)
Lisa Koch Bryant                             Ryan R. Atkinson
Tilford Dobbins & Schmidt, PLLC              1608 Harrodsburg Road
401 West Main Street, Suite 1400             Lexington, Kentucky  40504
Louisville, Kentucky  40202                  (859) 225-1745
(502) 584-1000                               COUNSEL FOR DEBTOR
COUNSEL FOR FARM CREDIT
MID-AMERICA, FLCA

1

/s/ Beverly M. Burden (by email permission)
Beverly M. Burden, Trustee
PO Box 2204
Lexington, Kentucky  40588
(859) 233-1507

2

The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, June 6, 2019**
**(grs)**