# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN RE:  Carol Denise Gilkey  
6921 Greenwich Pike  
Lexington, KY  40511-8416

XXX-XX-8737

Case Number: 18-51799

## NOTICE OF ALLOWANCE OF CLAIMS

    The Chapter 13 Trustee gives notice to the creditors listed below, debtor, and debtor's counsel, of the allowance of claims as follows.  To the extent the allowance of claims contradicts the treatment of any claim in the confirmed plan, this Notice shall constitute a modification of the plan pursuant to 11 U.S.C. 1329.  Any objection must be filed within 30 days from the date of this Notice, served on the trustee, and set for hearing.

    At this time the trustee estimates that general unsecured creditors will receive 100.00% of the amount of their allowed claims.

### Schedule of Claims

| ID | Creditor Name | Claim Amount | Claimed Amount |
|---|---|---|---|
| 0 | ATKINSON, RYAN R.<br>ATKINSON, SIMMS & KERMODE, PLLC<br>1608 HARRODSBURG RD<br>LEXINGTON, KY  40504 | $3,500.00 | ATTORNEY FEE<br>Interest Rate:  0.00<br>Acct No: |
| 1 | FARM CREDIT MID-AMERICA<br>1601 UPS Drive<br>Louisville, KY  40223 | $24,201.59<br>Paid Outside per Plan o| | MTG DEBTOR DIRECT PAY<br>Interest Rate:  0.00<br>Acct No: 8700<br><br>3-1<br>Mortgage Property Address:<br>6921 Greenwich Pike,<br>Lexington, KY 40511-8416 |
| 8 | FARM CREDIT MID-AMERICA<br>% Tilford Dobbins & Schmidt PLLC<br>401 W Main St<br>Suite 1400<br>Louisville, KY  40202 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:  0.00<br>Acct No: |
| 9 | FARM CREDIT MID-AMERICA<br>1601 UPS Drive<br>Louisville, KY  40223 | $1,505.60 | PRE-PETITION ARREARAGE<br>Interest Rate:  0.00<br>Acct No: 8700 |

**Schedule of Claims**

| ID | Creditor Name | Claim Amount | Claimed Amount |
|---|---|---|---|
|  |  |  | 3-1<br>Linked Mortgage Property Address (Claim 1):<br>6921 Greenwich Pike,<br>Lexington, KY 40511-8416 |
| 2 | FIFTH THIRD BANK<br>1830 EAST PARIS S E<br>MS # RSCB3E<br>GRAND RAPIDS, MI  49546 | $337.69 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 1475<br><br>2-1 |
| 7 | FIFTH THIRD BANK<br>P O BOX 9013<br>ADDISON, TX  75001 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:   0.00<br>Acct No: |
| 6 | GREATER KENTUCKY CREDIT UNION INC<br>1001 RED MILE RD<br>LEXINGTON, KY  40504 | $644.45 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 0491<br><br>1-1 |
| 10 | PORTFOLIO RECOVERY ASSOC<br>P O BOX 41067<br>NORFOLK, VA  23541-1067 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:   0.00<br>Acct No: |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 12914<br>NORFOLK, VA  23541 | $5,647.68 | UNSECURED<br>Interest Rate:   0.00<br>Acct No: 4579<br><br>4-1  FIA Card Services |
| 11 | TILFORD DOBBINS & SCHMIDT PLLC<br>VIA ECF<br>, | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate:   0.00<br>Acct No:<br><br>Farm Credit Mid-America |
| 3 | WEST COAST CAPITAL GROUP INC<br>17011 Beach Blvd Ste 720<br>Huntington Beach, CA  92647 | $11,025.00 | PRE-PETITION ARREARAGE<br>Interest Rate:   0.00<br>Acct No: |

**Schedule of Claims**

| ID | Creditor Name | Claim Amount | Claimed Amount |
|----|---------------|--------------|----------------|
|    |               |              | 5-1<br>Mortgage Property Address:<br>6921 Greenwich Pike,<br>Lexington, KY 40511-8416 (Filed by D/Atty) |

Date:   September 26, 2019

/s/ BEVERLY M. BURDEN, TRUSTEE

Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527